**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **PREWIT LAND AND MINERALS LTD.,** | § | |
| **BARBARA H. PREWIT,** | § | |
| **JOHN C. PREWIT, JOHN C. PREWIT,** | § | |
| **AS TRUSTEE OF THE JOHN C.** | § | |
| **PREWIT REVOCABLE TRUST,** | § | |
| **STEPHEN NEIL PREWIT, STEPHEN** | § | |
| **NEIL PREWIT AND MONICA PREWIT,** | § | |
| **AS CO-TRUSTEES OF THE STEPHEN** | § | |
| **NEIL PREWIT & MONICA PREWIT** | § | |
| **REVOCABLE TRUST, MICA POWELL** | § | **CAUSE NO. 4:21-CV-00047-DC** |
| **HOPKINS, JOHNNIE MARIE POWELL** | § | |
| **ASHLEY, JPSA FAMILY** | § | |
| **INVESTMENTS, LTD., BERNADETTE** | § | |
| **MARY KIELY, AND BKEPT &** | § | |
| **ASSOCIATES, FAMILY LIMITED** | § | |
| **PARTNERSHIP,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **CIMAREX ENERGY CO.,** | § | |
| *Defendant.* | § | |

**SUPPLEMENTAL JOINT NOTICE OF SETTLEMENT**

Plaintiffs Prewit Land and Minerals Ltd.; Barbara H. Prewit; John C. Prewit; John C. Prewit, as Trustee of the John C. Prewit Revocable Trust; Stephen Neil Prewit; Stephen Neil Prewit and Monica Prewit, as Co-Trustees of the Stephen & Monica Prewit Revocable Trust; Mica Powell Hopkins; Johnnie Marie Powell Ashley; JPSA Family Investments, Ltd.; Bernadette Mary Kiely; and BKEPT & Associates, Family Limited Partnership (collectively, the "Prewit Family" or "Plaintiffs") and Defendant Cimarex Energy Co. ("Cimarex") hereby notify the Court that they have reached an agreement in principal regarding the counts remaining in the above-captioned matter—Counts One, Three, and Eight. The Parties are in the process of finalizing settlement terms and expect to file their dismissal papers as to the remaining claims in this matter, including

Counts One, Three, and Eight within thirty (30) days from the filing of this Supplemental Joint

Notice of Settlement.  Should the Parties be unable to file their dismissal papers by this date, they

will make an appropriate request for extension to the Court, if required, or provide a status update.

Respectfully submitted,

/s/ *Jordan K. Mullins*
Jordan K. Mullins
State Bar No. 24070308
jmullins@mcginnislaw.com
J. Derrick Price
State Bar No. 24041726
dprice@mcginnislaw.com
M. Alejandra Salas
State Bar No. 24110318
asalas@mcginnislaw.com
McLean Bell
State Bar No. 24120712
mbell@mcginnislaw.com
MCGINNIS LOCHRIDGE LLP
1111 W. 6ᵗʰ St., Bldg. B, Ste. 400
Austin, TX  78703
(512) 495-6000
(512) 495-6093 FAX

John McFarland
State Bar No. 13598500
jmcfarland@gdhm.com
William Christian
State Bar No. 00793505
wchristian@gdhm.com
Nicholas C. Miller
State Bar No. 24074723
nmiller@gdhm.com
GRAVES DOUGHERTY HEARON & MOODY
A Professional Corporation
401 Congress Avenue, Suite 2700
Austin, TX  78701-3790
(512) 480-5704 Telephone

**ATTORNEYS FOR PLAINTIFFS**

/s/ *Joe T. Sanders (with permission)*
Joe T. Sanders
jsanders@sandersbajwa.com
Sonya Reddy
sreddy@sandersbajwa.com
SANDERS BAJWA LLP
919 Congress Avenue, Suite 1305
Austin, Texas 78701


**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served and delivered electronically via the U.S. District Court CM/ECF Document Filing System to all counsel of record on January 29, 2024.

*/s/ Jordan K. Mullins*
Jordan K. Mullins