# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| PREWITT LAND AND MINERALS LTD, ET AL., | § § § § | |
| *Plaintiff,* | § | |
| v. | § | NO.   P:21-CV-00047 |
| CIMAREX ENERGY CO., | § § § | |
| *Defendant.* | § | |

## ORDER

BEFORE THE COURT is the Parties' Joint Notice of Partial Settlement (Doc. 75) filed January 8, 2024, and the Parties' Supplemental Joint Notice of Settlement (Doc. 76) filed January 29, 2024, notifying the court that all remaining claims in this case have been resolved. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

The Final Pretrial Hearing and Jury Selection/trial are cancelled. All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 30th day of January, 2024.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE