IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **PREWIT LAND AND MINERALS LTD. et al.,** | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Cause No. 4:21-CV-47 |
| **CIMAREX ENERGY CO.,** | § § § | |
| *Defendant*. | § § | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT**

BEFORE THE COURT is Defendant's Unopposed Motion to Withdraw the Funds from the Registry of the Court. After due consideration, the Court GRANTS the Motion.

It is therefore ORDERED that the Clerk of Court, in the ordinary course of business, withdraw the balance of funds, including interest and income, in the interest-bearing account set up for the above-styled case with the Liquidity Fund in the Court Registry Investment System (the "Case Account"), in which $2,603.026 in Disputed Funds were deposited pursuant to the Court's prior Order (Doc. #15) granting Defendant's Unopposed Motion for Leave to Deposit Disputed Funds with the Court, from the Court Registry Investment System, and cause the release of the balance of funds in the Case Account to Defendant.

It is so ORDERED.

Signed this ___ day of June, 2024.

_____
U.S. DISTRICT JUDGE DAVID COUNTS