IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **PREWIT LAND AND MINERALS LTD. et al.,** § § § | | |
| *Plaintiffs*, § § | | |
| v. § § | Cause No. 4:21-CV-47 | |
| **CIMAREX ENERGY CO.,** § § § | | |
| *Defendant.* § | | |

**DEFENDANT'S UNOPPOSED AMENDED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT**

Defendant Cimarex Energy Co. ("Cimarex") files this Unopposed Amended Motion to Withdraw the Funds from the Registry of the Court.

On October 25, 2021, the Court granted Defendant's Unopposed Motion for Leave to Deposit, with the Registry of the Court, $2,603,026 that Plaintiffs contended they were owed in unpaid royalties ("Disputed Funds"). Doc. #11; Doc. #15. The Court ordered that Defendant tender the Disputed Funds within 7 days of the Order and that the Clerk of Court, in ordinary course of business, deposit the Disputed Funds into an interest-bearing account with the Liquidity Fund in the Court Registry Investment System ("CRIS") where it was to remain under further order of the Court. Doc. #15. An interest-bearing account was established in the CRIS Liquidity Fund titled in the name of the above-styled case (the "Case Account"). *See* Standing Order regarding Deposit and Investment of Registry Funds entered on September 23, 2016. Income generated from Liquidity Fund investments was to be distributed to the Case Account based on the ratio of the Case Account's principal and earnings to the aggregate principal and income total in the fund after the CRIS fee has been applied. *See id.* Because the parties have fully and finally

settled all claims concerning the Disputed Funds, Cimarex requests the Court enter an order directing the Clerk of Court, in the ordinary course of business, withdraw the balance of funds in the Case Account, which includes all interest earned on the Disputed Funds and investment income distributed to the Case Account, from the Court Registry Investment System, and cause the release of the balance of funds in the Case Account to Cimarex Energy Co., which has the address of 840 Gessner Road, Suite 1400, Houston, TX, 77024-4152, and the Taxpayer Identification Number 45-0466694.

Respectfully submitted,

*/s/ Sonya Reddy*
Joe T. Sanders II
State Bar No. 24044930
jsanders@sandersbajwa.com
Ryan P. Bates
State Bar No. 24055152
rbates@sandersbajwa.com
Sonya D. Reddy
State Bar No. 24079188
sreddy@sandersbajwa.com
Lad Z. Stricker
State Bar No. 24110876
lstricker@sandersbajwa.com
SANDERS BAJWA LLP
919 Congress Avenue, Suite 1305
Austin, Texas 78701
[Tel.] (512) 535-5220
[Fax] (512) 270-5111

*Attorneys for Defendant*
*Cimarex Energy Co.*

## CERTIFICATE OF CONFERENCE

On July 2, 2024, the undersigned counsel conferred with opposing counsel concerning the relief sought in this amended motion and was advised that opposing counsel did not oppose this motion.

*/s/ Sonya Reddy*
Sonya Reddy

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was served on July 2, 2024, pursuant to the Federal Rules of Civil Procedure.

**Via E-Service**

Jordan K. Mullins
jmullins@mcginnislaw.com
J. Derrick Price
dprice@mcginnislaw.com
M. Alejandra Salas
asalas@mcginnislaw.com
McLean Bell
mbell@mcginnislaw.com
MCGINNIS LOCHRIDGE LLP
1111 W. 6th St., Bldg. B, Ste. 400
Austin, TX 78703
[Tel.] (512) 495-6000
[Fax] (512) 495-6093

John McFarland
jmcfarland@gdhm.com
William Christian
wchristian@gdhm.com
Nicholas C. Miller
nmiller@gdhm.com
GRAVES, DOUGHERTY, HEARON & MOODY
401 Congress Avenue, Suite 2700
Austin, TX  78701-3790
[Tel.] (512) 480-5704
[Fax] (512) 480-5804

*Counsel for Plaintiffs*
*Prewit Land & Minerals Ltd. et al.*

*/s/ Sonya Reddy*
Sonya Reddy